No. 64989.—Wm. R. Neal *v.* United States, protest 60/7508 (Detroit).

Opinion by WILSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1960

No. 64990.—Edda International Corp. and Milton Snedeker Corp. *v.* United States, protests 58/5635, 58/8409, and 58/9421 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal warping machinery and parts thereof for textile manufacturing or processing prior to the making of fabrics, the claim of the plaintiffs was sustained.

No. 64991.—Lodge Spark Plug Co. et al. *v.* United States, protests 59/12718, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those involved in Abstract 64136, the claim of the plaintiffs was sustained.

No. 64992.—National Carloading Corp. and Lodge Spark Plug Co. et al. *v.* United States, protests 59/29084, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those involved in Abstract 64136, the claim of the plaintiffs was sustained.